IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RICHARD S. TWETE,<br><br>            Plaintiff,<br><br>vs.<br><br>VALRENA M. NELSON, a/k/a VALRENA NELSON, a/k/a RENA NELSON, a/k/a RENA M. MULLIN, G&A ENTERPRISES, INC., G&A SERVICES, LLC, GA UNLIMITED, LLC, A&P ENTERPRISES, LLC, I&G ENTERPRISES, LLC, ZACHARY MULLIN, CATHIE BERGLUND, and DOES 8-20,<br><br>            Defendants. | CV 19-137-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on December 14, 2020. (Doc. 37). The Magistrate recommended that Defendants' Motions to Dismiss (Docs. 18-25) be granted as to Counts 5 and 6 of the Amended Complaint and denied as to all other claims. (Doc. 37 at 26).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error.

1

*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 37) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Defendants' Motions to Dismiss are GRANTED IN PART and DENIED IN PART and Counts 5 and 6 of the Amended Complaint (Doc. 3) are DISMISSED without prejudice and with leave to amend.

DATED this 4th day of January, 2021.

_____
SUSAN P. WATTERS
United States District Judge