IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RICHARD S. TWETE,<br><br>               Plaintiff,<br><br>v.<br><br>VALRENA M. NELSON, a/k/a VALRENA NELSON, a/k/a RENA NELSON, a/k/a RENA M. MULLIN, G&A ENTERPRISES, INC., G&A SERVICES, LLC, GA UNLIMITED, LLC, A&P ENTERPRISES, LLC, I&G ENTERPRISES, LLC, ZACHARY MULLIN, CATHIE BERGLUND, and DOES 8 – 20,<br><br>               Defendants. | CV 19-137-BLG-SPW-TJC<br><br>**ORDER EXCUSING ATTENDANCE FROM TELEPHONIC PRELIMINARY PRETRIAL CONFERENCE** |

Plaintiff's counsel Steven J. Leibel requests excusal from the telephonic preliminary pretrial conference currently scheduled for April 6, 2021 at 11:00 a.m., due to a scheduling conflict. (Doc. 40.) Mr. Leibel avers that his co-counsel Jeff Hunnes, however, will attend. The request is unopposed. Good cause appearing,

IT IS ORDERED that the request is GRANTED.

DATED this 9th day of March, 2021.

                                               _____
                                               TIMOTHY J. CAVAN
                                               United States Magistrate Judge