IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RICHARD S. TWETE,<br><br>Plaintiff,<br><br>v.<br><br>VALRENA M. NELSON, a/k/a VALRENA NELSON, a/k/a RENA NELSON, a/k/a RENA M. MULLIN, G&A ENTERPRISES, INC., G&A SERVICES, LLC, GA UNLIMITED, LLC, A&P ENTERPRISES, LLC, I&G ENTERPRISES, LLC, ZACHARY MULLIN, CATHIE BERGLUND, and DOES 8 – 20,<br><br>Defendants. | CV 19-137-BLG-SPW-TJC<br><br>**ORDER** |

On April 6, 2021 the Court held a telephonic Preliminary Pretrial Conference in this matter.  (Doc. 47.)   Counsel for the parties appeared and notified the Court of pending settlement as part of Defendant Zachary Mullin's Chapter 7 bankruptcy proceedings in U.S. Bankruptcy Court.

Before the Court is Plaintiff Richard S. Twete's Notice of Settlement and Unopposed Motion to Stay Proceedings and to Vacate Deadlines, to which a copy of the U.S. Bankruptcy Court Order was attached.  (Docs. 46, 46-1).  Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Stay Proceedings and Vacate Deadlines (Doc. 46) is GRANTED. All scheduling deadlines are vacated, and Plaintiff's Motion to Compel (Doc. 33) is DENIED as moot, subject to renewal.

IT IS FURTHER ORDERED that this case is STAYED pending a decision by the bankruptcy court on the proposed settlement. The parties shall submit quarterly status reports to the Court beginning July 21, 2021, updating the Court on the matter.

DATED this 21st day of April, 2021.

TIMOTHY J. CAVAN
United States Magistrate Judge